1  John H. Anderson, Esq. (CA St. Bar #044411)
   Troy C. McMahan, Esq. (CA St. Bar #185800)
2  Todd C. Anderson, Esq. (CA St. Bar #226565)
   **JOHN ANDERSON LAW**
3  105 East Mariposa
   San Clemente, CA 92672-3904
4  Tel: (949) 492-9944; Fax: (949) 492-9958
   John@JohnAndersonLaw.com
5
         Attorneys for Plaintiff PTS SALES, INC.
6         dba PAK TECHNICAL SERVICES

7  Drew R. Hansen, Esq. (State Bar No. 218382)
   dhansen@tocounsel.com
8  Suzanne C. Jones (State Bar No. 157496)
   sjones@tocounsel.com
9  THEODORA ORINGHER PC
   535 Anton Boulevard, Ninth Floor
10 Costa Mesa, California 92626-7109
   Tel: (714) 549-6200; Fax: (714) 549-6201
11
   James R. Mayer (admitted *pro hac vice*)
12 jmayer@fredlaw.com
   FREDRIKSON & BYRON, P.A.
13 200 Sixth Street South, Suite 4000
   Minneapolis, MN 55402-1425
14 Tel: (612) 492-7000; Fax: (612) 492-7077

15       Attorneys for Defendant SL MONTEVIDEO TECHNOLOGY, INC.

16
                    **UNITED STATES DISTRICT COURT**
17
                   **CENTRAL DISTRICT OF CALIFORNIA**
18
                          **SOUTHERN DIVISION**
19

| | |
|---|---|
| 20  PTS SALES, INC. dba PAK TECHNICAL SERVICES, | Case No: SACV12-01771 AG (ANx) |
| 21 | Honorable Andrew J. Guilford |
| 22           Plaintiff, | Department 10D |
| 23  vs. | [PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE |
| 24  SL MONTEVIDEO TECHNOLOGY, INC., | |
| 25           Defendants. | |

                                    1

[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE

1 Based upon the Stipulation signed by counsel for Plaintiff PTS SALES, INC. dba PAK
2 TECHNICAL SERVICES, and counsel for Defendant SL MONTEVIDEO TECHNOLOGY,
3 INC., the Court believes this is a proper action in which to make a Final Judgment ~~of Dismissal.~~
4 Therefore, IT IS ORDERED that: 1) judgment is entered for plaintiff and against defendant; ~~the claims herein shall be dismissed with prejudice;~~
5 2) each party shall bear its own costs, legal fees and expenses incurred herein; and 3) that the
6 Court shall retain jurisdiction for the purpose of enforcement of the terms of the Settlement
7 Agreement of the parties.

9 DATED: July 22, 2013

_____
Andrew J. Guilford
United States District Judge

13 Respectfully Submitted by:

14 JOHN ANDERSON LAW

16 /s/ Troy C. McMahan
Troy C. McMahan
Attorneys for Plaintiff PTS Sales
17 Inc., dba PAK Technical Services

2

[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE