Todd C. Anderson, Esq. (CA St. Bar #226565)
**TODD ANDERSON LAW**
105 East Mariposa
San Clemente, CA 92672-3904
Tel: (949) 492-9944; Fax: (949) 492-9958
Info@ToddAndersonLaw.com

Attorneys for Plaintiff PTS SALES, INC.
dba PAK TECHNICAL SERVICES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PTS SALES, INC. dba PAK TECHNICAL SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>SL MONTEVIDEO TECHNOLOGY, INC.,<br><br>Defendants. | Case No: SACV12-01771 AG (ANx)<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>NUNC PRO TUNC TO JULY 20, 2023 PER COURT ORDER, [31] |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. section 683.110 through 683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff PTS SALES, INC. dba PAK TECHNICAL SERVICES, and against Defendant SL MONTEVIDEO TECHNOLOGY, INC., entered on July 22, 2013, be and the same is hereby renewed as set forth as follows:

///

///

///

1

[-RENEWAL OF JUDGMENT

1 | The Court shall retain jurisdiction for the purposes of enforcement of the terms of the
2 | settlement agreement of the parties.

DATED: 7/28/2023
Nunc Pro Tunc to 7/20/2023

CLERK, by *Sharon Hall Brown*
Deputy